212 So.2d 428

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

v.

### Fred E. BATES.

No. 49395.

July 16, 1968.

In re: Fred E. Bates applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writ refused. The ruling of the trial court is correct.

212 So.2d 428

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

v.

### Robert L. BOISVERT.

No. 49396.

July 16, 1968.

In re: Robert L. Boisvert applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writ refused. The ruling of the trial court is correct.